**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

KURT WILLIAM HAVELOCK,
*Defendant-Appellant.*

No. 08-10472

D.C. No.
2:08-cr-00116-
ROS-1

ORDER

Filed May 9, 2011

## ORDER

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.